UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | SATISFACTION |
|  | OF JUDGMENT |
| Plaintiff, | Criminal Action |
|  | No. CR-95-0322 |
| -against- | (Dearie, J.) |
| ROCCO CASSARINO, | |
| Defendant. | |

- - - - - - - - - - - - - - - -X

WHEREAS, a judgment was on the 28th day of February 1997, imposed against the defendant and in favor of the United States of America, in the amount of $100,100.00, in the above-entitled action and entered in the office of the Clerk of the above court; and

WHEREAS, said judgment has been fully paid;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same.

Dated: Brooklyn, New York
       September 8, 2005

                                ROSLYNN R. MAUSKOPF
                                United States Attorney
                                Eastern District of New York
                                1 Pierrepont Plaza, 14th Fl.
                                Brooklyn, New York 11201

                         By:
                                _s/_____
                                MARY M. DICKMAN
                                Assistant U.S. Attorney
                                (718)254-6022

```
                CRIMINAL ACTION NO. CR-95-0322
===================================================================

            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NEW YORK

===================================================================


            UNITED STATES OF AMERICA,

                    - AGAINST -

              ROCCO CASSARINO

                                              Defendant.

===================================================================

                   SATISFACTION OF JUDGMENT

===================================================================

            ROSLYNN R. MAUSKOPF
            United States Attorney
            Attorney for Plaintiff
            Office and Post Office Address,
            1 Pierrepont Plaza, 16th Floor
            Brooklyn, NY 11201

            BY: MARY M. DICKMAN
            Assistant U.S. Attorney
            718-254-6022
```